FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
CECILY A. DUMAS (S.B. NO. 111449)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for Douglas Hofmann

RECEIVED
2010 JAN 14 P 12:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Douglas Hofmann and Courtney Jenkins,<br><br>    Plaintiffs,<br><br>vs.<br><br>Martha O'Brien, individually and as Representative of the Estate of John O'Brien,<br><br>    Defendant. | Case No. CV-09-80279-MISC<br><br>**ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR FOR ENFORCEMENT OF JUDGMENT** |

TO JUDGMENT DEBTOR MARTHA O'BRIEN:

    YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to furnish information to aid in enforcement of a money judgment against you on:

| | |
|---|---|
| Date: | March 2, 2010 |
| Time: | 9:00 a.m. |
| Address: | US District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94105 |
| Dept/Div. | 15th Floor, Courtroom B |

1 | This order may be served by a sheriff, marshal or registered process server.

2 | **NOTICE TO THE JUDGMENT DEBTOR: IF YOU FAIL TO**
3 | **APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU**
4 | **MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT**
5 | **OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING**
6 | **YOU TO PAY THE REASONABLE ATTORNEY FEES INCURRED BY**
7 | **THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

DATE:   Januray 29, 2010

_____
Judge



IT IS SO ORDERED
Judge Maria-Elena James