1 | FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
2 | CECILY A. DUMAS (S.B. NO. 111449)
150 Spear Street, Suite 1600
3 | San Francisco, CA 94105
Telephone Number:  (415) 834-3800
4 | Facsimile Number:  (415) 834-1044

5 | Attorneys for Douglas Hofmann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Douglas Hofmann and Courtney Jenkins, | Case No. CV-09-80279-MISC |
|---|---|
| Plaintiffs, | |
| vs. | |
| Martha O'Brien, individually and as Representative of the Estate of John O'Brien, | **ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR FOR ENFORCEMENT OF JUDGMENT** |
| Defendant. | |

TO JUDGMENT DEBTOR MARTHA O'BRIEN:

YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to furnish information to aid in enforcement of a money judgment against you on:

**Date:** April 5, 2010

**Time:** 9 a.m.

**Address:** **U.S. District Court
450 Golden Gate Avenue
San Francisco, CA  94105**

**Dept/Div.** **15th Floor; Courtroom B**

This order may be served by a sheriff, marshal or registered process server.

1 **NOTICE TO THE JUDGMENT DEBTOR: IF YOU FAIL TO**
2 **APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU**
3 **MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT**
4 **OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING**
5 **YOU TO PAY THE REASONABLE ATTORNEY FEES INCURRED BY**
6 **THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

DATE: March 1, 2010

_____
Judge Maria-Elena James
U.S. District Court Magistrate Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*