```
FRIEDMAN DUMAS & SPRINGWATER LLP
ELLEN A. FRIEDMAN (S.B. NO. 127684)
CECILY A. DUMAS (S.B. NO. 111449)
STEFANIE ELKINS (S.B. NO. 249839)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number:  (415) 834-3800
Facsimile Number:  (415) 834-1044
```

Attorneys for Douglas Hofmann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Douglas Hofmann and Courtney Jenkins,<br><br>        Plaintiffs,<br><br>vs.<br><br>Martha O'Brien, individually and as Representative of the Estate of John O'Brien,<br><br>        Defendant. | Case No. CV-09-80279-MISC<br><br>**REQUEST TO TAKE DEBTOR'S EXAMINATION OFF CALENDAR** |

Judgment creditor Douglas Hofmann respectfully requests that the debtor's examination currently scheduled for April 5, 2010 at 9:00 a.m. be taken off calendar, to be reset at a later date.

Dated:  March 25, 2010

Respectfully submitted,

FRIEDMAN DUMAS & SPRINGWATER LLP

By: /s/ Cecily Dumas
Cecily Dumas
Attorneys for Douglas Hofmann

It is so ORDERED:

Dated: April 5, 2010

_____
Chief Magistrate Judge Maria-Elena James

*IT IS SO ORDERED*
*Judge Maria-Elena James*

{00500028.DOC v 1}       1       TAKE EXAM OFF CALENDAR